Monday, December 18, 2023 at 13:15:23 Mountain Standard Time

| | |
|---|---|
| **Subject:** | FW: Important Update Regarding Your Relationship with Pure Brazilian USA LLC |
| **Date:** | Friday, December 15, 2023 at 12:15:49 PM Mountain Standard Time |
| **From:** | Andrew Bochner |
| **To:** | Joshua English |
| **Attachments:** | image002.jpg, image004.png, Image.jpeg, ~WRD0836.jpg |

**Andrew D. Bochner**

☎ 646.971.0685
☐ 917.553.1529
🌐 www.bochner.law
✉ andrew@bochner.law
📍 1040 Avenue of the Americas, 15th Fl. New York, NY 10018

*\*Please note, our new email addresses, firm name, and mailing address!*
*Please be sure to update accordingly*

---

**From:** Joe Indig <joe@skylinebeautygroup.com>
**Sent:** Friday, December 15, 2023 2:15 PM
**To:** Zev Friedman <zev@skylinebeautygroup.com>; Andrew Bochner <andrew@bochner.law>
**Subject:** Fwd: Important Update Regarding Your Relationship with Pure Brazilian USA LLC

> **Caution:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

See the massage I sent to to Cristina Nov 15 2023

Best Regards

| | |
|---|---|
| **Joe Indig** | 1 (551) 688-1112 #110 |
| CEO Skyline Beauty Group | joe@skylinebeautygroup.com |
| | www.skylinebeautygroup.com |



**From:** Joe Indig
**Sent:** Wednesday, November 15, 2023 1:38:53 PM
**To:** medrick@usc.edu <medrick@usc.edu>
**Cc:** sol Silberstein (sol@skylinebeautygroup.com) <sol@skylinebeautygroup.com>; Andrew Caruso <andrew@skylinebeautygroup.com>
**Subject:** Important Update Regarding Your Relationship with Pure Brazilian USA LLC

Good afternoon Christine,

I hope this message finds you well.

As you know, Pure Brazilian USA LLC has always thought that you and Stacy Kaufman had, in developing the Pure Brazilian Brand, created a marketable product line with, what we thought, had substantial growth potential.  That is why we offered to and did buy the rights to the Pure Brazilian Brand and related assets from your company CC Beauty Collection, Inc. ("Seller") and you and Stacy (collectively with Seller, "Seller Parties").  The terms of that purchase were provided in an Asset Purchase Agreement, dated as of July 20, 2023, and related documents (collectively, "Purchase Agreements") to which PB/USA and the Seller Parties are parties.

Even after the asset purchase transaction closed, you had indicated an interest in maintaining a relationship to the marketing of the Pure Brazilian Brand after the closing of the asset purchase transaction.  PB/USA was willing to provide that opportunity on a non-binding basis and see whether it worked well for both you and PB/USA.

While your efforts have provided some positive results for PB/USA (and for those positives, we express our appreciation), we have regretfully come to the conclusion that a continuing relationship with you does not fit in with our developing a cohesive network of relationships that will enable us to put our current goal of bringing the marketing of the Brand to the next level into full effect.

This step is being taken by PB/USA after careful consideration and extensive discussions.  It was not taken lightly and not what we had hoped would be the conclusion we were looking for.  As mentioned, it is based on a broader perspective of the PB/USA marketing plan which we are currently trying to implement.

It is important to emphasize that this decision is final and not open to negotiation.  I kindly ask for your understanding and respect in refraining from reaching out to me or anybody else on our team  via email, phone, or text regarding this matter.

As of the sending of this message to you, you have PB/USA's support to sell your existing inventory to your existing customers until December 1, 2023. PB USA is going to be advising all existing and future California costumers that orders will be processed to distributors which PB/USA will identify. If at that point you still have inventory left over, PB/USA will be willing to buy it back from you at the price you paid for it.

While our paths may be diverging in terms of distribution, we acknowledge the historical role you had in the Pure Brazilian brand's creation and

development through the closing of the asset purchase transaction in July.

We would also like to remind you of the various provisions of the Purchase Agreements, which include various representations and covenants made by the Seller and you to PB/USA.  We are sure that you and  the Seller will act in accordance with each of the relevant provisions.  Please be aware that any attempt to harm the Pure Brazilian brand or any other action inconsistent with or in violation of any relevant provision, whether intentional or unintentional, may require us to take necessary actions to protect PB/USA's interests. We hope to part ways amicably and maintain the positive reputation we have built.

Wishing you continued success in your endeavors, and once again, thank you for your valuable contributions to the creation and development of the Pure Brazilian Brand through the sale to PB/USA.

Best Regards



Joe Indig

CEO Skyline Beauty Group

https://joeindig.com/

+18456379293

joe@skylinebeautygroup.com

https://www.skylinebeautygroup.com/

