UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
PURE BRAZILIAN USA LLC,             :
              :
          Plaintiff,    :
              :          23-CV-10946 (VSB)
      -against-             :
              :          **ORDER**
CHRISTINE MEDRICK and YVETTE   :
FELIX-TSABOUKOS,              :
              :
          Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the motion for a temporary restraining order and preliminary injunction filed by Plaintiff Pure Brazilian USA LLC ("Pure Brazilian"). (Doc. 23.) Accordingly, it is hereby:

      ORDERED that Pure Brazilian shall file a proposed order to show cause by February 9, 2024, at which point the Court will schedule a hearing and briefing on the motion.

SO ORDERED.

Dated: February 4, 2024
       New York, New York

                                                   Vernon S. Broderick
                                                   United States District Judge