UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE BRAZILIAN USA LLC,<br><br>                              Plaintiff,<br><br> -against-<br><br>CHRISTINE MEDRICK and YVETTE FELIX-TSABOUKOS,<br><br>                             Defendants. | 23-CV-10946 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    By Order of Reference dated February 5, 2024 (ECF 27), Judge Vernon S. Broderick referred this case to Magistrate Judge Valerie Figueredo for general pretrial supervision. On February 6, 2024, that referral was reassigned to me.

    Accordingly, this action is scheduled for a telephonic conference on **February 13, 2024, at 2:00 PM.** Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 524 690 474#.**

    The parties should be prepared to discuss the issues raised in Plaintiff's letter dated January 31, 2024 (ECF 24).

DATED:    February 7, 2024
                New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge