IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PURE BRAZILIAN USA LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTINE MEDRICK and<br>YVETTE FELIX-TSABOUKOS,<br><br>　　　　　　　Defendants. | Civil Action No.: 23-cv-10946 |

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING ORDER**

Upon the annexed declaration of Joseph Indig, dated January 25, 2024, and the annexed memorandum of law in support filed by Plaintiff Pure Brazilian USA LLC ("Plaintiff"), dated January 31, 2024, it is

ORDERED, that the above-named Defendant Christine Medrick show cause before this Court via telephone, using the dial-in 888-363-4749 and the access code 2682448, on March 7, 2024 at 2:00 p.m., as to why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and restraining her or her agents during the pendency of this action from: (1) purchasing, selling, or otherwise exchanging Plaintiff's products; (2) contacting or otherwise communicating with any of Plaintiff's distributors, servicers, and partners; (3) holding Defendant Medrick out as an owner, distributor, or any other affiliate of Plaintiff, its brand, or its products, and (4) making any statements regarding the quality, availability, or legality of Plaintiff's products.

IT IS FURTHER ORDERED that answering papers, if any, shall be filed with the Clerk of this Court and served upon the attorneys for the Plaintiff on or before February 22, 2024. Any reply shall be filed and served by the Plaintiff on or before February 29, 2024.

IT IS FURTHER ORDERED that a copy of this Order, together with the papers upon which it is granted, be served upon Defendant Medrick via email to her counsel who have contacted Plaintiff's counsel, to William Igbokwe at will@iwlaws.com and to Thomas Abrams at tabrams@tabramslaw.com, on or before February 14, 2024, and that proof of service shall be filed on the docket by February 15, 2024.

Dated: February 12, 2024
New York, New York

SO ORDERED.

_____
USDJ