UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                  :

PURE BRAZILIAN USA LLC,                :
                                                  :

                      Plaintiff,       :

                                                  :                23-CV-10946 (VSB)

           -against-            :

                                                    :                  **ORDER**

CHRISTINE MEDRICK and YVETTE FELIX-    :
TSABOUKOS,                             :

                                                :

                      Defendants.   :
-----------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      For the reasons stated on the record at the show cause hearing on March 7, 2024, it is hereby

      ORDERED that the parties shall meet and confer, by March 22, 2024, regarding the possibility of entering into a stipulation that will resolve, in full or in part, the pending motion for injunctive relief.  The parties shall also discuss how, if at all, they propose Ms. Medrick dispose of the Pure Brazilian product in her possession.

      IT IS FURTHER ORDERED that the parties shall submit a joint status letter regarding the status of these discussions by March 22, 2024.  To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter.

      IT IS FURTHER ORDERED that Pure Brazilian shall file on the docket, by March 22, 2024, copies of the (i) Asset Purchase Agreement, and (ii) Secured Non-Negotiable Promissory Note.

      If the parties believe that referral to a magistrate judge for settlement discussions would be productive, they shall promptly so advise the Court.

Dated:       March 8, 2024
               New York, New York

                                      Vernon S. Broderick
                                      United States District Judge