

**Jeremy M. Doberman, Esq.**
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e jeremy@bochner.law w bochner.law

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Dated: March 24, 2024

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:     *Pure Brazilian USA LLC v. Medrick et al.*, **1:2023-CV-10946**
        <u>**Joint Request for Extension of Time**</u>

Dear Judge Broderick,

This firm is litigation counsel to Pure Brazilian USA LLC ("PB"), and we write jointly with Defendant Christine Medrick ("Medrick") to request an extension of time to file a joint status letter in accordance with Your Honor's Order dated March 8, 2024 [ECF 49] (the "Order"). The parties are working in good faith to comply with the Order and request an extension to Monday, March 25, 2024 to do so. This brief adjournment will enable the parties to provide a more accurate status report as Medrick's counsel is traveling and respective counsel are consulting with their clients.

Per the Order, the original date to file the joint status letter is March 22, 2024. This is the first requested extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Jeremy M. Doberman
Jeremy M. Doberman, Esq.
*Attorney for Pure Brazilian USA LLC*